# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 22-1059V
UNPUBLISHED

| | |
|---|---|
| TERRALEE PATKO,<br><br>              Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>              Respondent. | Chief Special Master Corcoran<br><br>Filed: April 5, 2023<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Vasovagal Syncope |

*Daisy Mazoff*, Siri & Glimstad LLP, Phoenix, AZ, *for Petitioner.*

*Kimberly Shubert Davey*, U.S. Department of Justice, Washington, DC, *for Respondent.*

**RULING ON ENTITLEMENT**[1]

On August 23, 2022, Terralee Patko filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered vasovagal syncope as a result of an influenza vaccination she received on December 10, 2021. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 5, 2023, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that it is his "position that Petitioner has satisfied the criteria set forth in the Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation ("QAI"), which afford a petitioner a presumption of causation if the onset of

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

vasovagal syncope occurs within one hour after a seasonal flu vaccination and there is no apparent alternative cause." *Id.* at 4. Respondent further agrees that "due to Petitioner's residual facial scars, Petitioner experienced more than six months of residual effects." *Id.*

In view of Respondent's position and the evidence of record, I find that **Petitioner is entitled to compensation.**

IT IS SO ORDERED.

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master
